### 13480.  GIBSON *v.* THE STATE.

BROYLES, C. J.  The evidence amply authorized the verdict and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.  Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 13, 1922.

Indictment for possessing liquor; from Seminole superior court — Judge Worrill.  March 18, 1922.

*John E. Drake, W. V. Custer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold E. C. Hill,* contra.